

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER

Appellate case name:     Anthony Manuel Hanby v. The State of Texas

Appellate case number:     01-20-00242-CR

Trial court case number:     1583865

Trial court:          182nd District Court of Harris County

Appellant's August 31, 2021 motion for rehearing is DENIED. It is so ORDERED.

Judge's signature: ___/s/ Richard Hightower_____
                        Acting for the Court

Panel consists of Justices Kelly, Landau, and Hightower.

Date: _October 7, 2021_____